No. 79–1830. HEISE v. VILLAGE OF PEWAUKEE. Sup. Ct. Wis. Certiorari denied.

No. 79–1984. STRUBE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 79–2009. LEVINSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–2019. KELLER, DISTRICT ATTORNEY FOR CLAYTON JUDICIAL CIRCUIT, STATE OF GEORGIA v. SEPTUM, INC. C. A. 5th Cir. Certiorari denied.

No. 79–2078. SWARTOUT v. CIVIL SERVICE COMMISSION OF SPOKANE ET AL. Ct. App. Wash. Certiorari denied.

No. 80–68. STROUSE ET AL. v. CARTER, JUDGE. Sup. Ct. Okla. Certiorari denied.

No. 80–133. LEVITT & SONS OF PUERTO RICO, INC. v. COMMERCIAL INSURANCE Co. C. A. 1st Cir. Certiorari denied.

No. 80–142. HAYES v. PENNSYLVANIA ET AL. Sup. Ct. Pa. Certiorari denied.

No. 80–223. HOWE ET AL. v. ALLIED VAN LINES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–256. GLENN v. SHIPP ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–286. WOOTERS ET AL. v. JORNLIN ET AL. C. A. 3d Cir. Certiorari denied.